01-15-00883-CR



**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 11:27:20 AM
CHRISTOPHER A. PRINE
Clerk

October 16, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin. 2nd floor
Houston, Texas 77002-2066

### NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. John Davis Campbell**
**CASE NUMBER: 15CR0665**
**10th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 09/15/15**
> **Notice of Appeal: 09/15/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: DRIVING WHILE INTOXICATED 3RD OR MORE**
> **Judgment and Sentence: N/A**
> **Trial Judge: Kerry Neves**
> **Court Reporter: Gail Jalufka**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Tracy Peterman

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

15 – CR – 0665
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1116602



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Mark McIntyre, Attorney for Appellant
3210 Highway 3 STE B
Dickinson TX  77539

CC: Gail Jalufka, Court Reporter
600 59th Street
Galveston, Texas 77551

CAUSE NUMBER _15 C R - 0665_

THE STATE OF TEXAS

VS.

_John Davis Campbell_

IN THE DISTRICT COURT OF

GALVESTON COUNTY, TEXAS

_10th_ JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this _15th_ day of _October_, _2015_ the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to ~~Judgment/Sentence~~ or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_Denial of Application for Writ of Habeas Corpus on 10/15/2015_

_____
Defendant

Or

_____
Attorney
State BarNo._____

## The Following to be Completed by Clerk:

Date of Judgment or other Order Appealed from: _____

Name of Trial Court Judge:_____

Name of Court Reporter: _____

Name of Attorney on Appeal: _____ Bar No. _____

Address: _____

Telephone No. _____ Fax No. _____

Name of State's Attorney on Appeal : <u>Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290</u>

Defendant Incarcerated?   Yes_____ No_____

Offense Convicted of:_____

Punishment Assessed:_____

Who Assessed Punishment?  Trial Court_____   Jury_____

Appeals Consolidated under this Cause No: _____

Companion Case, if Applicable:_____

Defendant on Appeal Bond? Yes_____    No_____